IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CONAGRA FOODS, INC., f/n/a ConAgra, Inc.,** | ) | |
| | ) | |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| VS. | ) | NO. CV 06-509-JPG-PMF |
| | ) | |
| **EDWARD L. BAILEY, d/b/a Bailey's Elevator,** | ) | |
| | ) | |
| **Defendant/Counter-Claimant,** | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| **CROPMATE, INC.,** | ) | |
| | ) | |
| **Third Party Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   February 13, 2007

NORBERT JAWORSKI, CLERK

By:s/Deborah Agans, Deputy Clerk


APPROVED: s/ J. Phil Gilbert
              U. S. DISTRICT JUDGE